WILL LEE, as Administrator of the Estate of JOSIE LEE, Deceased, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

(Submitted January 6, 1936; decided January 14, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 53.)

ROYAL INDEMNITY COMPANY, Appellant, *v.* PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.

(Submitted January 13, 1936; decided January 14, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 566.)